IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHN D. CARDOZA, SR., ) | |
|    Petitioner, ) | Civil Action No. 7:07cv00359 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| DIRECTOR VIRGINIA ) | |
| DEPT. OF CORRECTIONS, ) | By: Hon. Jackson L. Kiser |
|    Respondent. ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the above referenced petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, is **DISMISSED** without prejudice and stricken from the active docket of the court.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the petitioner.

ENTER: This 27th day of July, 2007.

/s/ Jackson L. Kiser
Senior United States District Judge