CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
JUL 27 2007
JOHN F. CORCORAN, CLERK
BY: /s/ M. Hupp
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JOHN D. CARDOZA, SR., | ) |
|     Petitioner, | ) Civil Action No. 7:07cv00359 |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| DIRECTOR VIRGINIA | ) |
| DEPT. OF CORRECTIONS, | ) By: Hon. Jackson L. Kiser |
|     Respondent. | ) Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the above referenced petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, is **DISMISSED** without prejudice and stricken from the active docket of the court.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the petitioner.

ENTER: This 27th day of July, 2007.

/s/ Jackson L. Kiser
Senior United States District Judge